SLIP OPINION

Cite as 2016 Ark. 356

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE SUP. CT. ADMIN. ORDER NO. 17. MANDATORY COURSE ON MAINTAINING AN ARKANSAS LAW LICENSE | **Opinion Delivered** October 20, 2016 |

**PER CURIAM**

Supreme Court Administrative Order 17 is hereby vacated effective immediately, and replaced as follows:

## ADMINISTRATIVE ORDER NUMBER 17. MANDATORY COURSE ON MAINTAINING AN ARKANSAS LAW LICENSE

Each person admitted to the Bar of Arkansas (Bar), by examination, shall complete a mandatory course (Course) on maintaining an Arkansas Law License. The Course shall be completed within two years after the date an attorney is certified for admission to the Clerk of the Arkansas Supreme Court.

The Course shall consist of instruction approved by the Arkansas Supreme Court, focusing on lawyers' roles as an officer of the Court and as a member of the Bar, and lawyers' relation to community, clients, courts, and ethical standards.

The Course will be organized, prepared, and presented under the direction of the Arkansas Supreme Court Office of Professional Programs.

Upon good cause shown, an attorney may be entitled to an extension of time in which to meet the requirement of this rule. "Good cause," for purposes of this rule, includes but is not limited to military service or a family or medical emergency during or immediately before a scheduled Course. In addition, the Director of the Office of Professional Programs is authorized to grant an attorney leave to achieve compliance in a manner other than attendance at the Course.

An attorney who fails to meet this requirement shall have his or her license suspended. Such suspension shall be lifted only upon completion of the Course.

SLIP OPINION

The Office of Professional Programs shall be the repository for all records pertaining to administration of this rule. The Office of Professional Programs shall be responsible for providing notice to all persons seeking admission to the Bar of this requirement, Course dates and locations. Further, the Office of Professional Programs shall maintain all records pertaining to compliance and provide all notices required for enforcement of the provisions of this rule.